UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: August 25, 2017  Time in Court: 10 minutes

**JUDGE: JEFFREY S. WHITE**  **Court Reporter: Sarah Goekler**

Courtroom Deputy: Jennifer Ottolini

**CASE NO. C-16-6681 JSW**
**TITLE:  Steve Wood  v. XPO Logistics, Inc.**

COUNSEL FOR PLAINTIFF:  COUNSEL FOR DEFENDANT:
Robert Ottinger  Gabrielle Wirth

PROCEEDINGS:   Initial Case Management Conference

RESULTS:   Last day to Amend Pleadings:  10-2-17

| | |
|---|---|
| Close of fact and expert discovery: | 3-16-18 |
| Last day for expert disclosure: | 12-1-17 |
| Last day for rebuttal expert disclosure: | 1-15-18 |
| Hearing on dispositive motions (if any): | 6-1-18 at 9:00 am |
| Pretrial Conference: | 8-20-18 at 2:00 pm** |
| Jury Selection: | 9-5-18 at 8:00 am |
| Jury Trial: | 9-10-18 at 8:00 am (2–3 day est) |
| Further Case Management Conference: | 2-2-18 at 11:00 am |
| Joint Supplemental CMC Statement due: | 1-26-18 |

**Counsel are referred to Judge White's Standing order:
*GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL JURY CASES BEFORE THE HONORABLE JEFFREY S. WHITE*